# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

**P&G CONSTRUCTION CONSULTANTS, LLC, KEVIN BRUSH, AND LORI BRUSH,**

    Plaintiffs,

VS.                              NO. 1:24-cv-01044-STA-jay

**SHELTER MUTUAL INSURANCE COMPANY,**

    DEFENDANT.

## ORDER REQUIRING SUBMISSION OF SCHEDULING ORDER

At the scheduling conference held in this matter on June 6, 2024, the parties were instructed to submit a revised scheduling order to the undersigned judge's ECF inbox. The parties have not done so as of this date. Accordingly, the parties are **ORDERED** to submit the revised scheduling order no later than close of business Monday, June 24, 2024.

IT IS SO ORDERED.

                                                      s/ S. Thomas Anderson
                                                      S. Thomas Anderson
                                                      United States District Court Judge

                                                      Date: June 18, 2024